IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION

VS. :

CESAR CHAVARRIA-MARQUEZ : NO. 08-CR-600-2

ORDER

AND NOW, this 31st day of May, 2018, upon consideration of the Defendant's Motion to Modify Terms of Imprisonment pursuant to 18 U.S.C. §3582(c)(2), it is hereby ORDERED that Defendant's motion is DENIED.[1]

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.

---

1. The sentence imposed by the Court is not affected by Amendment 782 of the Sentencing Guidelines. The Defendant's sentence is a statutory mandatory minimum sentence and is not eligible for a reduction.